Edith Sanchez Shea (SBN 177578)
E-mail:  eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600     Fax: 213.236.2700

Attorneys for Defendant and Counterclaimant
The Northwestern Mutual Life Insurance Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY DONALD LEE, an individual, | Case No.  CV 10-8364 RGK (MANx) |
| Plaintiff, | |
| v. | [**PROPOSED**] JUDGMENT |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a Wisconsin Corporation; JEFFREY A. LEE, an individual; and DOES 1 to 100, inclusive. | |
| Defendants. | |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | |
| Counterclaimant, | |
| v. | |
| BOBBY DONALD LEE, | |
| Counterdefendants. | |

/ / /

/ / /

/ / /

1   This action was taken under submission by the Court on August 29, 2011, Hon. R. Gary Klausner, District Judge Presiding, on a Motion for Summary Judgment.

    The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

    IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed with prejudice on the merits, and that Defendant and Counterclaimant The Northwestern Mutual Life Insurance Company recover its costs.

DATED: September 14, 2011    _____
                              United States District Judge